FILED
2015 Dec-02 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RALPH BYRD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 2:15-cv-01637 |
| **PORTFOLIO RECOVERY** | ) |
| **ASSOCIATES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Ralph Byrd and defendant Portfolio Recovery Associates, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 2ND day of December, 2015.

/s/ John C. Hubbard
John C. Hubbard (ASB-8252-H46H)
JOHN C. HUBBARD, LLC
P.O. Box 953
Birmingham, AL 35201
(205) 378-8121
jch@jchubbardlaw.com

Attorney for Plaintiff
Ralph Byrd

26079137 v1

/s/ signature

Alan D. Leeth (LEE038)
R. Frank Springfield (SPR024)
Rachel R. Friedman (FRI045)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
aleeth@burr.com
fspringf@burr.com
rfriedman@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

2

26079137 v1