FILED
 2015 Dec-02  PM 04:38
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RALPH BYRD, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 2:15-cv-01637-JHE |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, with the parties to bear their own attorney's fees, costs, and expenses.

DONE this 2nd day of December 2015.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE